BEFORE THE FIRST DIVISION, JUNE 23, 1954

**No. 58205.**—The American Import Company *v.* United States, protest 210528–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of glass beads the same in all material respects as those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58206.**—Franco American Novelty Co. and Rietmann Pilcer Co. *v.* United States, protest 182510–K (B) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cow voices the same in all material respects as the articles involved in Abstract 25574, the claim of the plaintiffs was sustained.